FILED

08/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0573

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0573

STATE OF MONTANA,

Plaintiff and Appellee,

v.

GARY L. PETERSON,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 10, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 11 2022